IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER LEFKOWITZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE MCGRAW-HILL COMPANIES, INC., | : | No. 13-1661 |
| Defendant. | : | |

# ORDER

AND NOW, this **19th** day of **June, 2013**, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated June 19, 2013, it is hereby **ORDERED** that:

1. Defendant's Motion to File a Reply Brief (Document No. 7) is **GRANTED**.

2. Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue (Document No. 5) is **GRANTED.**

3. This case is **TRANSFERRED** to the Southern District of New York.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**